UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CLESTER MATTHEWS                                            Case No.3:17-CV-354-J-34JBT

                          Plaintiff,

v.

PARTH LANE, INC.
d/b/a MINIT MART,

                         Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, CLESTER MATTHEWS ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action without prejudice pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, ("Defendant"), PARTH LANE, INC. d/b/a MINIT MART, has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

Dated: September 19, 2017

By: /s/ Robert C. Gibson
    Robert C. Gibson, Esq.
    Fla. Bar. No. 0054998
    contact@4lawdoc.com
    9408 Arlington Expressway
    Jacksonville, FL 32225
    Telephone: (904) 273-3000
    Facsimile: (877) 978-9797
    *Counsel for Plaintiff*

By: /s/ Donald E. Pinaud, Jr.
    Donald E. Pinaud, Jr.
    Fla Bar No. 111694
    dp@4lawdoc.com
    9408 Arlington Expressway
    Jacksonville, FL 32225
    Telephone: (904) 273-3000
    Facsimile: (877) 978-9797
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served via US mail to Parth Lane, Inc. d/b/a Minit Mart, 907 S. Lane Avenue, Jacksonville, FL  32205.

>Respectfully submitted,
>
>By:  /s/ Robert C. Gibson