UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLESTER MATTHEWS,

    Plaintiff,

v.                                     Case No.   3:17-cv-354-J-34JBT

PARTH LANE, INC.,
d/b/a Minit Mart,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 13; Notice) filed on September 19, 2017.  In the Notice, Plaintiff requests dismissal of this matter without prejudice.  See Notice at 1.   Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1.    This case is **DISMISSED without prejudice**.

2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of September, 2017.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

- 2 -

ja

Copies to:

Counsel of Record